| | |
|---|---|
| 1 | PHILLIP A. TALBERT<br>United States Attorney |
| 2 | GRANT B. RABENN<br>PAUL A. HEMASATH |
| 3 | KEVIN C. KHASIGIAN<br>Assistant U. S. Attorneys |
| 4 | 2500 Tulare Street, Suite 4401<br>Fresno, CA 93721 |
| 5 | Telephone: (559) 497-4000 |
| 6 | KENNETH A. BLANCO<br>Acting Assistant Attorney General |
| 7 | Criminal Division, United States Justice Department<br>LOUISA K. MARION |
| 8 | Trial Attorney<br>Computer Crime and Intellectual Property Section |
| 9 | Washington, DC 20530<br>Telephone: (202) 514-1026 |
| 10 | |
| 11 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>2013 LAMBORGHINI AVENTADOR LP700-4, VIN: ZHWEC1476CLA01032, BANGKOK REGISTERED PLATE NUMBER: 4 KOR KAI TOR TUNG – 3620 BANGKOK, et al.,<br><br>           Defendants. | NOTICE OF RELATED CASES |
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>ALEXANDRE CAZES,<br>aka "APLHA02,"<br>aka "ADMIN,"<br><br>           Defendant. | 1:17-CR-00144-LJO-SKO |

The United States of America, by and through the undersigned attorney, and pursuant to the provisions of Local Rule 123, hereby gives notice that the above-entitled actions are related within the meaning of Local Rule 123, because the forfeiture action and the criminal action arise from the same law enforcement investigation and, therefore, involve substantially the same events, transactions, and parties.  Particularly, the related criminal action alleges that Alexandre CAZES founded and operated the criminal enterprise known as AlphaBay, a darknet marketplace that facilitated the sale of illegal goods such malware, controlled substances, chemicals, guns, stolen financial information and counterfeit documents to its users located all over the world.  AlphaBay was the largest dark web market and its annual sales were estimated to be in the hundreds of millions of dollars.  CAZES oversaw AlphaBay's operations since its inception and controlled the massive profits generated from the operation of the business, collecting millions of dollars in commissions from the illegal transactions facilitated by AlphaBay.  The instant civil forfeiture complaint alleges that the defendant assets are subject to forfeiture to the United States based on their connection to criminal profits Alexandre CAZES obtained as a result of his ownership and operation of AlphaBay.  Accordingly, the civil forfeiture case and the related criminal action create an identity of issues and are likely to entail substantial duplication of labor if heard by different judges.

For the foregoing reasons, the United States respectfully requests that both cases be assigned to a single district judge and magistrate judge.

Dated: 7/19/17                                      PHILLIP A. TALBERT
                                                    United States Attorney


                                                    By: /s/ Kevin C. Khasigian
                                                        KEVIN C. KHASIGIAN
                                                        Assistant U.S. Attorney