PHILLIP A. TALBERT
United States Attorney
GRANT B. RABENN
PAUL A. HEMASATH
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000

KENNETH A. BLANCO
Acting Assistant Attorney General
Criminal Division, United States Justice Department
LOUISA K. MARION
Trial Attorney
Computer Crime and Intellectual Property Section
Washington, DC 20530
Telephone: (202) 514-1026

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 1:17-CV-00967-LJO-SKO |
|---|---|
| Plaintiff, | |
| v. | REQUEST TO CLERK FOR ENTRY OF DEFAULTS AGAINST MARTIN CAZES AND DANIELLE HEROUX |
| ALEXANDRE CAZES,<br>a/k/a "Alpha02,"<br>a/k/a "Admin," | |
| Defendant, | |
| 2013 LAMBORGHINI AVENTADOR LP700-4, VIN: ZHWEC1476CLA01032, BANGKOK REGISTERED PLATE NUMBER: 4 KOR KAI TOR TUNG – 3620 BANGKOK, et al., | |
| Defendants-in-rem. | |

///

///

1

TO THE CLERK OF THE ABOVE ENTITLED COURT:

Please enter the defaults of Martin Cazes and Danielle Heroux as to all right, title, and interest they may have in the above-named defendant property, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, for their failure to file a claim, answer, plead, or otherwise defend this action within the time allowed by law.  (See Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.)

DATED:  11/9/2017

PHILLIP A. TALBERT
United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney