PHILLIP A. TALBERT
United States Attorney
GRANT B. RABENN
PAUL A. HEMASATH
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000

KENNETH A. BLANCO
Acting Assistant Attorney General
Criminal Division, United States Justice Department
LOUISA K. MARION
Trial Attorney
Computer Crime and Intellectual Property Section
Washington, DC 20530
Telephone: (202) 514-1026

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALEXANDRE CAZES,<br>a/k/a "Alpha02,"<br>a/k/a "Admin,"<br><br>　　　　　Defendant,<br><br>2013 LAMBORGHINI AVENTADOR LP700-4, VIN: ZHWEC1476CLA01032, BANGKOK REGISTERED PLATE NUMBER: 4 KOR KAI TOR TUNG – 3620 BANGKOK, et al.,<br><br>　　　　　Defendants-in-rem. | 1:17-CV-00967-LJO-SKO<br><br>DECLARATION OF TAMMY TEGLIA IN SUPPORT OF REQUEST TO CLERK FOR ENTRY OF DEFAULTS AGAINST MARTIN CAZES AND DANIELLE HEROUX |

///

///

1

Declaration of Tammy Teglia

I, TAMMY TEGLIA, declare as follows:

1. I am the Paralegal Specialist assigned to the above-captioned civil forfeiture action.

2. I have personal knowledge of the following matters, except those stated on information and belief, and as to those matters I believe them to be true, and if called as a witness in this proceeding, after being duly sworn, I could and would competently testify thereto.

3. To the best of my knowledge and belief, Martin Cazes and Danielle Heroux are not infants nor are they incapacitated persons.

4. To the best of my knowledge and belief, Martin Cazes and Danielle Heroux are not in the military service of the United States, within the meaning of the Servicemembers Civil Relief Act of 2003. (50 U.S.C. App. §§ 501-596).

5. On September 29, 2017, the United States mailed copies of the *amended* complaint, notice of complaint, warrant for arrest, application and order for publication, notice of related cases, order setting mandatory scheduling conference, standing order in all civil cases assigned to District Judge Lawrence J. O'Neill, and court notices to Martin Cazes at 51 Rg Saint-Felix, St-Narcisse, PQ G0X 2Y0, Canada, by Federal Express tracking number 770383628786. The package was delivered on October 3, 2017. A true and correct copy of the letter mailed to Martin Cazes and the Federal Express tracking email are attached as Exhibit A.

6. On September 29, 2017, the United States mailed copies of the above-listed documents to Danielle Heroux at 144 Rue Vivier, Trois-Rivières, PQ G8T 5J9, Canada, by Federal Express tracking number 770383847890. The package was delivered on October 2, 2017. A true and correct copy of the letter mailed to Danielle Heroux and the Federal Express tracking email are attached as Exhibit B.

7. To date, no claim or answer has been filed by or on behalf of Martin Cazes or Danielle Heroux as required by Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and their time to file a claim and answer has expired.

8. The defendant cryptocurrency assets that are in government control were arrested on October 5, 2017, by the Federal Bureau of Investigation. See Process Receipt and Returns filed October 5, 2017. The remainder of the defendant assets are located in foreign countries.

9.     Beginning on September 27, 2017, for at least thirty consecutive days, the United States published Notice of the Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov. A Declaration of Publication was filed on October 27, 2017.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 9th day of November, 2017.

*Tammy Teglia*
Tammy Teglia
Paralegal Specialist

# EXHIBIT A



U.S. DEPARTMENT OF JUSTICE

United States Attorney
Eastern District of California

Phillip A. Talbert
United States Attorney

| 501 I Street, Suite 10-100 | Phone 916/554-2700 |
| Sacramento, CA 95814 | Fax   916/554-2900 |
|  | TTD   916/554-2855 |

September 29, 2017

Via Federal Express

**NOTICE OF FORFEITURE ACTION**

Martin Cazes
51 Rg Saint-Felix
St-Narcisse, PQ G0X 2Y0
Canada

    Re:    <u>U.S. v. 2013 Lamborghini Aventador LP700-4, VIN: ZHWEC1476CLA01032, Bangkok Registered Plate Number: 4 Kor Kai Tor Tung – 3620 Bangkok, et al., 1:17-CV-00967-LJO-SKO</u>

Dear Potential Claimant(s):

    This is to advise you that an *Amended* Verified Complaint for Forfeiture *In Rem* has been filed against the above-described property. Enclosed are copies of the *Amended* Verified Complaint for Forfeiture *In Rem*, Notice of Verified Complaint for Forfeiture *In Rem* Against Real Property, Warrant for Arrest *In Rem*, Application and Order for Publication, Notice of Related Cases, Order Setting Mandatory Scheduling Conference, Standing Order in All Civil Cases Assigned to District Judge Lawrence J. O'Neill, Notice of Availability of a Magistrate Judge, and Notice of Availability of Voluntary Dispute Resolution.

    We are informing you of the filing of this *Amended* Complaint because you may have the right to appear in this action and contest the forfeitability of the property. If you intend to contest forfeitability, a Claim, signed under penalty of perjury, must be filed with the Court no later than thirty-five (35) days after the date of this notice; and an Answer or a motion under Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed with the Court within twenty-one (21) days of the filing of your claim. Claims should be filed with the Office of the Clerk, United States District Court for the Eastern District of California, 2500 Tulare Street, Room 1501, Fresno, CA 93721, with a copy thereof sent to Assistant U.S. Attorney Kevin C. Khasigian, 501 I Street, Suite 10-100, Sacramento, CA 95814. Please contact the Clerk of the U.S. District Court at 916/930-4000 for specific inquiries concerning the procedure for the filing of your Claim and Answer. A copy of any document filed with the Court must be served on this office. If you have an adequate reason,

you may be able to obtain a reasonable extension of time for the filing of either the Claim or Answer by contacting me at the number provided below.

  The Claim as submitted will have to be in compliance with the provisions of Rule G(5)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions in that it must identify the specific property being claimed, identify the claimant and state the claimant's interest in the property, and it must be signed under penalty of perjury by you.

  If no Claim has been filed with the Court and served on this office within thirty-five (35) days of the date of this notice, we will assume that you do not intend to intervene and will take a default judgment against your interest in the defendant property at that time.

  Please advise us prior to the filing deadline if you have any problems with the preparation and filing of a Claim, or with the time limitations. I can be reached at 916/554-2768.

       Sincerely,

       Phillip A. Talbert
       United States Attorney

       *Tammy Teglia* (signature)

       TAMMY TEGLIA
       Paralegal Specialist
       Asset Forfeiture Unit

Enclosures

Teglia, Tammy (USACAE)

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Tuesday, October 03, 2017 7:36 AM |
| **To:** | Teglia, Tammy (USACAE) |
| **Subject:** | FedEx Shipment 770383628786 Delivered |

# Your package has been delivered

Tracking # 770383628786

Ship date:
Fri, 9/29/2017
TAMMY TEGLIA
DEPT OF JUSTICEEOUSA
SACRAMENTO, CA 95814
US


Delivered

Delivery date:
Tue, 10/3/2017 10:29 am
MARTIN CAZES
51 RG SAINT-FELIX
ST-NARCISSE, PQ G0X2Y0
CA

## Shipment Facts

Our records indicate that the following package has been delivered.

| | |
|---|---|
| Tracking number: | 770383628786 |
| Status: | Delivered: 10/03/2017 10:29 AM Signed for By: M.MARTIN |
| Invoice number: | USA/SS/CAE1/SACR |
| Purchase order number: | USA/SS/CAE1/SACR |
| Reference: | Cazes |
| Signed for by: | M.MARTIN |
| Delivery location: | ST-NARCISSE, PQ |
| Delivered to: | Residence |
| Service type: | FedEx International Economy |
| Packaging type: | FedEx Pak |
| Number of pieces: | 1 |
| Weight: | 1.00 lb. |
| Special handling/Services: | No Signature Required |
| | Deliver Weekday |
| | Residential Delivery |

1

**Standard transit:** 10/4/2017 by 8:00 pm

✉ Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 9:35 AM CDT on 10/03/2017.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2017 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

Thank you for your business.

# EXHIBIT B



U.S. DEPARTMENT OF JUSTICE

*United States Attorney*
*Eastern District of California*

Phillip A. Talbert
United States Attorney

| 501 I Street, Suite 10-100 | Phone 916/554-2700 |
|---|---|
| Sacramento, CA 95814 | Fax   916/554-2900 |
|  | TTD   916/554-2855 |

September 29, 2017

Via Federal Express

**NOTICE OF FORFEITURE ACTION**

Danielle Heroux
144 Rue Vivier
Trois-Rivières, PQ G8T 5J9
Canada

Re:  U.S. v. 2013 Lamborghini Aventador LP700-4, VIN: ZHWEC1476CLA01032, Bangkok Registered Plate Number: 4 Kor Kai Tor Tung – 3620 Bangkok, et al., 1:17-CV-00967-LJO-SKO

Dear Potential Claimant(s):

This is to advise you that an *Amended* Verified Complaint for Forfeiture *In Rem* has been filed against the above-described property. Enclosed are copies of the *Amended* Verified Complaint for Forfeiture *In Rem*, Notice of Verified Complaint for Forfeiture *In Rem* Against Real Property, Warrant for Arrest *In Rem*, Application and Order for Publication, Notice of Related Cases, Order Setting Mandatory Scheduling Conference, Standing Order in All Civil Cases Assigned to District Judge Lawrence J. O'Neill, Notice of Availability of a Magistrate Judge, and Notice of Availability of Voluntary Dispute Resolution.

We are informing you of the filing of this *Amended* Complaint because you may have the right to appear in this action and contest the forfeitability of the property. If you intend to contest forfeitability, a Claim, signed under penalty of perjury, must be filed with the Court no later than thirty-five (35) days after the date of this notice; and an Answer or a motion under Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed with the Court within twenty-one (21) days of the filing of your claim. Claims should be filed with the Office of the Clerk, United States District Court for the Eastern District of California, 2500 Tulare Street, Room 1501, Fresno, CA 93721, with a copy thereof sent to Assistant U.S. Attorney Kevin C. Khasigian, 501 I Street, Suite 10-100, Sacramento, CA 95814. Please contact the Clerk of the U.S. District Court at 916/930-4000 for specific inquiries concerning the procedure for the filing of your Claim and Answer. A copy of any document filed with the Court must be served on this office. If you have an adequate reason,

you may be able to obtain a reasonable extension of time for the filing of either the Claim or Answer by contacting me at the number provided below.

The Claim as submitted will have to be in compliance with the provisions of Rule G(5)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions in that it must identify the specific property being claimed, identify the claimant and state the claimant's interest in the property, and it must be signed under penalty of perjury by you.

If no Claim has been filed with the Court and served on this office within thirty-five (35) days of the date of this notice, we will assume that you do not intend to intervene and will take a default judgment against your interest in the defendant property at that time.

Please advise us prior to the filing deadline if you have any problems with the preparation and filing of a Claim, or with the time limitations. I can be reached at 916/554-2768.

Sincerely,

Phillip A. Talbert
United States Attorney

*Tammy Teglia*

TAMMY TEGLIA
Paralegal Specialist
Asset Forfeiture Unit

Enclosures

**Teglia, Tammy (USACAE)**

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Monday, October 02, 2017 10:51 AM |
| **To:** | Teglia, Tammy (USACAE) |
| **Subject:** | FedEx Shipment 770383847890 Delivered |

# Your package has been delivered

Tracking # 770383847890

Ship date:
Fri, 9/29/2017
TAMMY TEGLIA
DEPT OF JUSTICE/EOUSA
SACRAMENTO, CA 95814
US


Delivered

Delivery date:
Mon, 10/2/2017 1:47 pm
DANIELLE HEROUX
144 RUE VIVIER
TROIS-RIVIERES, PQ G8T5J9
CA

## Shipment Facts

Our records indicate that the following package has been delivered.

| | |
|---|---|
| Tracking number: | 770383847890 |
| Status: | Delivered: 10/02/2017 1:47 PM Signed for By: Signature Release on file |
| Purchase order number: | USA/SS/CAE1/SACR |
| Reference: | Cazes |
| Signed for by: | Signature Release on file |
| Delivery location: | TROIS-RIVIERES, PQ |
| Delivered to: | Residence |
| Service type: | FedEx International Economy |
| Packaging type: | FedEx Pak |
| Number of pieces: | 1 |
| Weight: | 1.00 lb. |
| Special handling/Services: | No Signature Required |
| | Deliver Weekday |
| | Residential Delivery |
| Standard transit: | 10/3/2017 by 8:00 pm |

1

✉ Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 12:50 PM CDT on 10/02/2017.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2017 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

Thank you for your business.