McGREGOR W. SCOTT
United States Attorney
GRANT B. RABENN
PAUL A. HEMASATH
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000

KENNETH A. BLANCO
Acting Assistant Attorney General
Criminal Division, United States Justice Department
LOUISA K. MARION
Trial Attorney
Computer Crime and Intellectual Property Section
Washington, DC 20530
Telephone: (202) 514-1026

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDRE CAZES,<br>a/k/a "Alpha02,"<br>a/k/a "Admin,"<br><br>Defendant,<br><br>2013 LAMBORGHINI AVENTADOR LP700-4, VIN: ZHWEC1476CLA01032, BANGKOK REGISTERED PLATE NUMBER: 4 KOR KAI TOR TUNG – 3620 BANGKOK, et al.,<br><br>Defendants-in-rem. | 1:17-CV-00967-LJO-SKO<br><br>ORDER TO EXTEND THE DEADLINE TO SUBMIT A JOINT STATUS REPORT FROM JANUARY 17, 2018 TO MARCH 17, 2018 |

///

///

1

Before the Court is Plaintiff United States of America ("Plaintiff")'s Request to Extend the Deadline to Submit a Joint Status Report. (Doc. 30.) Plaintiff seeks to extend the deadline from January 17, 2018, to March 17, 2018, in order to allow (1) all potential claimants to enter the case if they so choose; (2) the statutory period for Defendant's wife to file a claim to expire; and (3) Plaintiff to continue coordinating with the relevant foreign governments to prosecute this case. (*Id.*) For good cause shown, IT IS ORDERED that the deadline for the parties to file a joint status report in this case, in accordance with the Court's prior order entered on December 21, 2017 (Doc. 20), is hereby extended from January 17, 2018, to March 17, 2018.

IT IS FURTHER ORDERED that the Scheduling Conference currently set for March 6, 2018, is hereby continued to June 12, 2018, at 9:30 a.m. in Courtroom 7 before the undersigned. The parties shall file a Joint Scheduling Report by no later than June 5, 2018.

IT IS SO ORDERED.

Dated: __**January 11, 2018**__                    /s/ *Sheila K. Oberto*
                                                           UNITED STATES MAGISTRATE JUDGE