McGREGOR W. SCOTT
United States Attorney
GRANT B. RABENN
PAUL A. HEMASATH
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000

KENNETH A. BLANCO
Acting Assistant Attorney General
Criminal Division, United States Justice Department
LOUISA K. MARION
Trial Attorney
Computer Crime and Intellectual Property Section
Washington, DC 20530
Telephone: (202) 514-1026

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDRE CAZES,<br>a/k/a "Alpha02,"<br>a/k/a "Admin,"<br><br>Defendant,<br><br>2013 LAMBORGHINI AVENTADOR LP700-4, VIN: ZHWEC1476CLA01032, BANGKOK REGISTERED PLATE NUMBER: 4 KOR KAI TOR TUNG – 3620 BANGKOK, et al.,<br><br>Defendants-in-rem. | 1:17-CV-00967-LJO-SKO<br><br>ORDER TO EXTEND THE DEADLINE TO SUBMIT A JOINT STATUS REPORT FROM MARCH 17, 2018, TO MAY 17, 2018 |

///

///

1

Order to Extend the Deadline to Submit a Joint Status Report

Before the Court is Plaintiff United States of America ("Plaintiff")'s Request to Extend the Deadline to Submit a Joint Status Report. (Doc. 44.) Plaintiff seeks to extend the deadline from March 17, 2018, to May 17, 2018, in order to allow (1) all potential claimants to appear in the case if they so choose; (2) Plaintiff to coordinate with foreign governments concerning the outstanding request to serve the arrest warrants *in rem* for the defendant vehicles; and (3) Plaintiff to coordinate with the governments of Thailand, Antigua and Barbuda, Liechtenstein, and Cyprus concerning the language that must be included in the final judgment of forfeiture in U.S. District Court for enforcement in their countries. (*Id*.)

For good cause shown, IT IS ORDERED that the deadline for the parties to file a joint status report in this case, in accordance with the Court's prior order entered on December 21, 2017 (Doc. 20), is hereby extended from March 17, 2018, to May 17, 2018. This extension does not alter any other deadlines.

IT IS SO ORDERED.

Dated: **March 16, 2018**                    /s/ *Sheila K. Oberto*
                                                                   UNITED STATES MAGISTRATE JUDGE