McGREGOR W. SCOTT
United States Attorney
GRANT B. RABENN
PAUL A. HEMASATH
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000

KENNETH A. BLANCO
Acting Assistant Attorney General
Criminal Division, United States Justice Department
LOUISA K. MARION
Trial Attorney
Computer Crime and Intellectual Property Section
Washington, DC 20530
Telephone: (202) 514-1026

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:17-CV-00967-LJO-SKO |
| Plaintiff, | |
| v. | RETURN OF SERVICE OF WARRANT FOR ARREST *IN REM* |
| ALEXANDRE CAZES, a/k/a "Alpha02," a/k/a "Admin," | |
| Defendant, | |
| 2013 LAMBORGHINI AVENTADOR LP700-4, VIN: ZHWEC1476CLA01032, BANGKOK REGISTERED PLATE NUMBER: 4 KOR KAI TOR TUNG – 3620 BANGKOK, et al., | |
| Defendants-in-rem. | |

///

///

The United States of America, by and through its attorneys, McGregor W. Scott, United States Attorney and Assistant United States Attorney Kevin C. Khasigian, submits the following Return of Service of Warrant for Arrest *In Rem* for the below defendant vehicles restrained in Thailand.   The Warrants for Arrest *In Rem* were served on March 21, 2018 by Mr. Pisal Erbarb, Colonel with the Narcotics Suppression Bureau of the Royal Thai Police in Bangkok, Thailand, pursuant to communications between the United States of America and Central Authority of the Kingdom of Thailand.

- 2013 Lamborghini Aventador LP700-4, VIN: ZHWEC1476CLA01032, Bangkok Registered Plate Number: 4 Kor Kai Tor Tung – 3620 Bangkok,

- Porsche Panamera S, VIN: WP0ZZZ97ZGL040783, Bangkok Registered Plate Number: 5 Kor Kai Tor Tung – 1923 Bangkok,

- Mini Cooper, Bangkok Registered Plate Number: 5 Kor Kai Phophan – 2319 Bangkok, and

- BMW Motorcycle, License Plate Number: 5 Kokai Nonen – 2182 Bangkok.

The Affidavit for Service of Arrest Warrant *In Rem* for the defendant vehicles is attached as *Exhibit A*, confirming the Royal Thai Police served the Warrants for Arrest *In Rem* on the Royal Thailand Police Narcotics Intelligence Division and Anti-Money Laundering Organization, and the defendant vehicles have been restrained pursuant to this Court's order.

DATED:  3/21/2018

McGREGOR W. SCOTT
United States Attorney


By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

# EXHIBIT A

## AFFIDAVIT FOR SERVICE OF ARREST WARRANT *IN REM*

Plaintiff:     United States of America

Defendant:    Alexandre CAZES and Defendants –in- Rem

Addressee:    Royal Thailand Police Narcotics Intelligence Division and Anti-Money Laundering Organization

Regarding the: Lamborghini Aventdor LP700-4 VIN ZHWEC1476CLA01032
               Porsche Panamera S VIN WP0XXX97ZGL040783
               Mini Cooper Plate# Kor Kai Phophan-2319 Bangkok
               BMW Motorcycle Plate #5 Koiai Nonen-2182 Bangkok

Type:     Arrest Warrants *In Rem*

    I, _____Jennifer Sanchez SA/DEA/BCO____, certify:

1. That I witnessed Pol. Col Pisal Erbarb of Narcotics Suppression Bureau of the Royal Thai Police deliver and serve a copy of the Arrest Warrant *In rem* on the __21_ day of __March_, 2018, to the following address:

    __88 Vibhavadeerangit Road, Laksi, Bangkok, Thailand, 10210,

    By one of the following methods (CIRCLE THE APPROPRIATE OPTION)

    (a.) By hand delivery to the addressee who accepted it voluntarily.
    b.  By mail or other carrier.

    The documents referred to herein have been delivered to:

    ____Pol. Col. Pathomphorn Lue-siang Superintendent of Interrogation WG Div, 1 NSB_
              (NAME AND DESCRIPTION OF PERSON RECEIVING DOCUMENTS)

    ___Custodian of Vehicles_____
             (RELATIONSHIP TO ADDRESSEE, E.G., FAMILY, BUSINESS, OR OTHER)

2. That the Arrest Warrant *In Rem* has not been delivered to the above-listed addressee for the following reasons (please describe steps taken to attempt to locate and provide the documents to addressee):

    _____

I declare that the foregoing is true and correct.

Signature of Affiant

Executed on this __21__ day of _March, 2018.