McGREGOR W. SCOTT
United States Attorney
GRANT B. RABENN
PAUL A. HEMASATH
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000

KENNETH A. BLANCO
Acting Assistant Attorney General
Criminal Division, United States Justice Department
LOUISA K. MARION
Trial Attorney
Computer Crime and Intellectual Property Section
Washington, DC 20530
Telephone: (202) 514-1026

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 1:17-CV-00967-LJO-SKO |
|---|---|
| Plaintiff, | |
| v. | ORDER TO EXTEND THE DEADLINE TO SUBMIT A JOINT STATUS REPORT FROM MAY 17, 2018, TO JUNE 29, 2018 |
| ALEXANDRE CAZES, a/k/a "Alpha02," a/k/a "Admin," | (Doc. 49) |
| Defendant, | |
| 2013 LAMBORGHINI AVENTADOR LP700-4, VIN: ZHWEC1476CLA01032, BANGKOK REGISTERED PLATE NUMBER: 4 KOR KAI TOR TUNG – 3620 BANGKOK, et al., | |
| Defendants-in-rem. | |

///

///

1

Before the Court is Plaintiff United States of America ("Plaintiff")'s Request to Extend the Deadline to Submit a Joint Status Report. (Doc. 49.) Plaintiff seeks to extend the deadline from May 17, 2018, to June 29, 2018, to allow Plaintiff to: (1) review documents that the Thai government circulated their governing authority for international and domestic forfeitures in the Kingdom of Thailand; and (2) conduct a working group with Thai government officials concerning the interplay of United States and Thai forfeiture laws, which is scheduled for mid-May 2018. (*Id*. ¶ 10.)

For good cause shown, IT IS ORDERED that the deadline for the parties to file a joint status report in this case in accordance with the Court's prior order entered on December 21, 2017 (Doc. 20), is hereby extended from May 17, 2018, to June 29, 2018.

IT IS SO ORDERED.

Dated: __**May 9, 2018**__                    /s/ *Sheila K. Oberto*
                                                                                         UNITED STATES MAGISTRATE JUDGE