McGREGOR W. SCOTT
United States Attorney
GRANT B. RABENN
PAUL A. HEMASATH
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000

KENNETH A. BLANCO
Acting Assistant Attorney General
Criminal Division, United States Justice Department
LOUISA K. MARION
Trial Attorney
Computer Crime and Intellectual Property Section
Washington, DC 20530
Telephone: (202) 514-1026

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>ALEXANDRE CAZES,<br>a/k/a "ALPHA02,"<br>a/k/a "ADMIN,"<br><br>        Defendant,<br><br>2013 LAMBORGHINI AVENTADOR LP700-4, VIN: ZHWEC1476CLA01032, BANGKOK REGISTERED PLATE NUMBER: 4 KOR KAI TOR TUNG – 3620 BANGKOK, ET AL.,<br><br>        Defendants-in-rem. | 1:17-CV-00967-LJO-SKO<br><br>DECLARATION OF TAMMY TEGLIA IN SUPPORT OF *EX PARTE* MOTION FOR DEFAULT JUDGMENT AND FINAL JUDGMENT OF FORFEITURE |

I, TAMMY TEGLIA, declare as follows:

1. I am the Paralegal Specialist assigned to the above-captioned civil forfeiture action.

2. I have personal knowledge of the following matters, except those stated on information

1

and belief, and as to those matters I believe them to be true, and if called as a witness in this proceeding, after being duly sworn, I could and would competently testify thereto.

### Martin Cazes

3. On September 29, 2017, the United States mailed copies of the amended complaint, notice of complaint, warrant for arrest, application and order for publication, notice of related cases, order setting mandatory scheduling conference, standing order in all civil cases assigned to District Judge Lawrence J. O'Neill, and court notices (hereafter "complaint documents") to Martin Cazes at 51 Rg Saint-Felix, St-Narcisse, PQ G0X 2Y0, Canada, by Federal Express ("FedEx") tracking number 770383628786. Martin Cazes is Alexandre Cazes' father. FedEx records show the package was delivered to Martin Cazes on October 3, 2017. A true and correct copy of the letter mailed to Martin Cazes and the FedEx Tracking email are attached as Exhibit A.

### Danielle Heroux

4. On September 29, 2017, the United States mailed copies of the complaint documents to Danielle Heroux at 144 Rue Vivier, Trois-Rivières, PQ G8T 5J9, Canada, by FedEx tracking number 770383847890. Danielle Heroux is Alexandre Cazes' mother. FedEx records show the package was delivered to Danielle Heroux on October 2, 2017. A true and correct copy of the letter mailed to Danielle Heroux and the FedEx Tracking email are attached as Exhibit B.

### KGYJ Management Limited

5. On November 21, 2017, the United States mailed copies of the complaint documents to KGYJ Management Limited at 31F Chinachem Century Tower, 178 Gloucester Road, Wanchai, Hong Kong, by FedEx tracking number 770809530516. FedEx records show the package was delivered to KGYJ Management Limited at their address of record in Hong Kong on November 24, 2017. A true and correct copy of the letter mailed KGYJ Management Limited and the FedEx Tracking Results are attached as Exhibit C.

### Ace Guide Holding

6. On November 21, 2017, the United States mailed copies of the complaint documents to Ace Guide Holding at 31F Chinachem Century Tower, 178 Gloucester Road, Wanchai, Hong Kong, by FedEx tracking number 770809530516. FedEx records show the package was delivered to Ace Guide

Holding at their address of record in Hong Kong on November 24, 2017.  A true and correct copy of the letter mailed to Ace Guide Holding and the FedEx Tracking Results are attached as Exhibit C.

### Brilliant Landmark Concept Limited

7. On November 21, 2017, the United States mailed copies of the complaint documents to Brilliant Landmark Concept Limited at 31F Chinachem Century Tower, 178 Gloucester Road, Wanchai, Hong Kong, by FedEx tracking number 770809530516.  FedEx records show the package was delivered to Brilliant Landmark Concept Limited at their address of record in Hong Kong on November 24, 2017.  A true and correct copy of the letter mailed to Brilliant Landmark Concept Limited and the FedEx Tracking Results are attached as Exhibit C.

### Nonsuch Management Limited

8. On December 19, 2017, Antiguan law enforcement personally served copies of the complaint documents on Nonsuch Management Limited, c/o Manager Cameron Fraser, at Nonsuch Bay Resort, Nonsuch Bay, St. Phillips, Antigua and Barbuda.  A true and correct copy of the Return of Service filed December 28, 2017 is attached as Exhibit D.

### Sunisa Thapsuwan (Cazes)

9. On December 21, 2017, Thai law enforcement personally served copies of the complaint documents on Sunisa Thapsuwan (Cazes) in her personal capacity.  Ms. Thapsuwan (Cazes) is Alexandre Cazes' wife and was personally served at her residence located at 514 Soi 28 off Phutta Monthon Sai 3 Road Khwaeng Sala Thammasop, Khet Thawee Watthana, Bangkok, Thailand.  A true and correct copy of the Return of Service filed December 27, 2017 is attached as Exhibit E.  The U.S. court documents served on Ms. Thapsuwan (Cazes) in her personal capacity were translated from English to Thai by a certified translator.

### The Estate of Alexandre Cazes

10. On December 21, 2017, Thai law enforcement personally served copies of the complaint documents on Sunisa Thapsuwan (Cazes) in her capacity as the Executor of the Estate of Alexandre Cazes.  Alexandre Cazes died in July 2017.  Ms. Sunisa Thapsuwan (Cazes) was personally served at her residence located at 514 Soi 28 off Phutta Monthon Sai 3 Road Khwaeng Sala Thammasop, Khet Thawee Watthana, Bangkok, Thailand.  A true and correct copy of the Return of Service filed December 27, 2017

Declaration of Tammy Teglia

is attached as Exhibit E.  The U.S. court documents served on Ms. Thapsuwan (Cazes) in her capacity as executor of Cazes' estate were translated from English to Thai by a certified translator.

### Hatrox Ltd.

11.     On January 22, 2018, the United States mailed copies of the complaint documents and Minute Order dated October 17, 2017 to Hatrox Ltd, Archiepiskopou Makariou III, 59, Mouyias Tower, Floor 3, Flat 301, Larnaca, Cyprus 6017 by FedEx.  FedEx records show the package was delivered to Hatrox Ltd in the on January 29, 2018.  A true and correct copy of the letter mailed to Haltrox Ltd and the FedEx Tracking email are attached as Exhibit F.

### Yaman Properties Co. Limited

12.     On January 31, 2018, law enforcement personally served copies of the complaint documents and Minute Order dated October 17, 2017 on Yaman Properties Co., Limited.  A true and correct copy of the Return of Service filed February 8, 2018 is attached as Exhibit G.

13.     To date, no claim or answer has been filed by or on behalf of Martin Cazes, Danielle Heroux, KGYJ Management Limited, Ace Guide Holding, Brilliant Landmark Concept Limited, Nonsuch Management Limited, Sunisa Thapsuwan (Cazes), The Estate of Alexandre Cazes, Hatrox Limited or Yaman Properties Co. Limited as required by Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and their time to file a claim and answer has expired.

### Arrest Warrants *In Rem*

14.     The defendant cryptocurrency assets that are in government control were arrested on October 5, 2017, by the Federal Bureau of Investigation.  *See* Dkt. 11, Process Receipt and Returns filed October 5, 2017.

15.     The defendant funds on deposit in Alexandre Cazes' bank account at Bank Alpinum AG in Liechtenstein were arrested on September 25, 2017, by the Central Authority of Liechtenstein.  *See* Dkt. 21, Return of Service of Warrant for Arrest *In Rem* filed December 22, 2017.

16.     The defendant funds on deposit in Alexandre Cazes' and Sunisa Thapsuwan's bank accounts at Bangkok Bank (*accounts 228-2-15349-9, 228-2-15092-5, 033-0-79683-0 and 935-7-00049-7*), Bank of Ayudhya (Krungsri) (*account 7241012818*), Kasikorn Bank (*accounts 007-8-49384-4, 007-3-*

*86968-4 and 073-2-53870-4*), and Siam Commercial Bank (*accounts 156-1-12047-0 and 156-2-73157-5 and 192-2-06800-9*) were arrested on February 9, 2018, by the Royal Thai Police.  *See* Dkt. 43, Return of Service of Warrant for Arrest *In Rem* filed March 15, 2018.

17. The defendant vehicles, specifically, defendants 2013 Lamborghini Aventador LP700-4, Porsche Panamera S, Mini Cooper and BMW Motorcycle were arrested on March 21, 2018, by the Royal Thai Police.  *See* Dkt. 46, Return of Service of Warrant for Arrest *In Rem*

18. The defendant cryptocurrency assets that were seized from AlphaBay servers were arrested on May 29, 2018, by the Federal Bureau of Investigation.  *See* Dkt. 52, Process Receipt and Returns filed May 29, 2018.

### Posting of Real Properties

19. The defendant property located at #302 Nonsuch Bay Condominiums (C-200080017, LOT #9), St. Phillips South, Antigua and Barbuda was posted on December 19, 2017, by Antiguan law enforcement.  *See* Dkt. 27, Notice of Posting of Real Property filed December 28, 2017.

20. The defendant properties located at 514 Soi 28 off Phutta Monthon Sai 3 Road Khwaeng Sala Thammasop, Khet Thawee Watthana, Bangkok, Thailand and 522 Soi 28 off Phutta Monthon Sai 3 Road Khwaeng Sala Thammasop, Khet Thawee Watthana, Bangkok, Thailand were posted on December 21, 2017, by the Royal Thai Police.  *See* Dkt. 24, 25, Notices of Posting of Real Properties filed December 28, 2017.

21. The defendant property located at 1399/8 Granada Pin Klao-Phet Kasem Housing Estate, Kanchana Phisk Road, Khwaeng Bang Khae Nua, Khet Bang Khae, Bangkok, Thailand was posted on January 19, 2018, by the Royal Thai Police.  *See* Dkt. 37, Notice of Posting of Real Property filed January 31, 2018.

22. The defendant property located at Villa Torcello, 28/18 Moo 6, Kamala, Kathu, Phuket 83150, Thailand was posted on January 22, 2018, by the Royal Thai Police.  *See* Dkt. 38, Notice of Posting of Real Property filed January 31, 2018.

23. The defendant property located at Villa 1 at the Sea Pearl Residences, Paralimni Famagusta, Cyprus was posted on March 1, 2018, by a DEA agent working with the U.S. Department of Justice.  *See* Dkt. 41, Notice of Posting of Real Property filed March 2, 2018.

Declaration of Tammy Teglia

**Publication**

24. Beginning on September 27, 2017, for at least thirty consecutive days, the United States published Notice of the Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov. A Declaration of Publication was filed on October 27, 2017. *See* Dkt. 13.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 1st day of June, 2018.

Tammy Teglia
Paralegal Specialist