McGREGOR W. SCOTT
United States Attorney
GRANT B. RABENN
PAUL A. HEMASATH
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000

KENNETH A. BLANCO
Acting Assistant Attorney General
Criminal Division, United States Justice Department
LOUISA K. MARION
Trial Attorney
Computer Crime and Intellectual Property Section
Washington, DC 20530
Telephone: (202) 514-1026

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:17-CV-00967-LJO-SKO |
| Plaintiff, | |
| v. | DEFAULT JUDGMENT AND FINAL JUDGMENT OF FORFEITURE |
| ALEXANDRE CAZES, a/k/a "ALPHA02," a/k/a "ADMIN," | |
| Defendant, | |
| 2013 LAMBORGHINI AVENTADOR LP700-4, VIN: ZHWEC1476CLA01032, BANGKOK REGISTERED PLATE NUMBER: 4 KOR KAI TOR TUNG – 3620 BANGKOK, ET AL., | |
| Defendants-in-rem. | |

This matter came before the Honorable Magistrate Judge Sheila K. Oberto on the United States' *Ex Parte* Motion for Default Judgment and Final Judgment of Forfeiture filed on June 1, 2018. There

1

was no appearance by or on behalf of any other person or entity claiming an interest in the defendant assets[1] to oppose the United States' motion. The Magistrate Judge has recommended that the United States' motion be granted, and the Court adopted those findings on September 4, 2018.

Based on the Magistrate Judge's Findings and Recommendations That Plaintiff's *Ex Parte* Motion for Default Judgment and Final Judgment of Forfeiture Be Granted, the Order Adopting the Findings and Recommendations, and the files and records of the Court, it is:

ORDERED, ADJUDGED AND DECREED:

1. The Court adopts the Magistrate Judge's August 8, 2018 Findings and Recommendations granting the United States' Motion for Default Judgment and Final Judgment of Forfeiture in full.

2. Martin Cazes, Danielle Heroux, KGYJ Management Limited, Ace Guide Holding, Brilliant Landmark Concept Limited, Nonsuch Management Limited, Sunisa Thapsuwan (Cazes), The Estate of Alexandre Cazes, Hatrox Limited, and Yaman Properties Co. Limited are held in default.

3. A judgment by default is hereby entered against any right, title, or interests of Martin Cazes, Danielle Heroux, KGYJ Management Limited, Ace Guide Holding, Brilliant Landmark Concept Limited, Nonsuch Management Limited, Sunisa Thapsuwan (Cazes), The Estate of Alexandre Cazes, Hatrox Limited, and Yaman Properties Co. Limited in the defendant assets referenced in Exhibit A attached hereto, and all other potential claimants who have not filed claims in this action.

4. A final judgment of forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(A), (a)(1)(C), and 21 U.S.C. § 881(a)(6) is hereby entered, forfeiting all right, title, and interest in the defendant assets referenced in Exhibit A attached to the United States, to be disposed of according to law and the authorities and laws of Thailand, Cyprus, Liechtenstein, and Antigua and Barbuda.

5. All parties shall bear their own costs and attorney's fees.

IT IS SO ORDERED.

Dated:  **September 5, 2018**           **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE

---

[1] The defendant assets are itemized in Exhibit A, *attached.*

**Exhibit A**

a. 2013 Lamborghini Aventador LP700-4, VIN: ZHWEC1476CLA01032, Bangkok Registered Plate Number: 4 Kor Kai Tor Tung – 3620 Bangkok,

b. Porsche Panamera S, VIN: WP0ZZZ97ZGL040783, Bangkok Registered Plate Number: 5 Kor Kai Tor Tung – 1923 Bangkok,

c. Mini Cooper, Bangkok Registered Plate Number: 5 Kor Kai Phophan – 2319 Bangkok,

d. BMW Motorcycle, License Plate Number: 5 Kokai Nonen – 2182 Bangkok,

e. All monies, funds, and credits on deposit at Bangkok Bank, held in the name of Alexandre CAZES, including but not limited to accounts 228-2-15349-9, 228-2-15092-5 and 033-0-79683-0,

f. All monies, funds, and credits on deposit at Bangkok Bank, held in the name of Sunisa THAPSUWAN, including but not limited to account 935-7-00049-7,

g. All monies, funds, and credits on deposit at Bank of Ayudhya (Krungsri), held in the name of Alexandre CAZES, including but not limited to account 7241012818,

h. All monies, funds, and credits on deposit at Kasikorn Bank, held in the name of Alexandre CAZES, including but not limited to accounts 007-3-86968-4,

i. All monies, funds, and credits on deposit at Kasikorn Bank, held in the name of Sunisa THAPSUWAN, including but not limited to account 073-2-53870-4,

j. All monies, funds, and credits on deposit at Siam Commercial Bank, held in the name of Alexandre CAZES, including but not limited to accounts 156-1-12047-0 and 156-2-73157-5,

k. All monies, funds, and credits on deposit at Siam Commercial Bank, held in the name of Sunisa THAPSUWAN, including but not limited to account 192-2-06800-9,

l. All monies, funds, and credits on deposit at Bank Alpinum AG in Liechtenstein, held in the name of Alexandre CAZES,

m. Real property located at 514, Soi 28 off Phutta Monthon Sai 3 Road Khwaeng Sala Thammasop, Khet Thawee Watthana, Bangkok, Thailand and more fully described in Exhibit B,

n. Real property located at 522, Soi 28 off Phutta Monthon Sai 3 Road Khwaeng Sala Thammasop, Khet Thawee Watthana, Bangkok, Thailand and more fully described in Exhibit C,

o. Real property located at Villa Torcello, 28/18 Moo 6, Kamala, Kathu, Phuket 83150, Thailand and more fully described in Exhibit D,

p. Real property located at 1399/8 Granada Pin Klao-Phet Kasem Housing Estate, Kanchana Phisk Road, Khwaeng Bang Khae Nua, Khet Bang Khae, Bangkok, Thailand and more fully described in Exhibit E,

q. Real property located at Villa 1 at the Sea Pearl Residences, Paralimni Famagusta, Cyprus and more fully described in Exhibit F,

r.  Real property located at #302 Nonsuch Bay Condominiums (C-20080017, LOT #9), St. Phillips South, Antigua and Barbuda and more fully described in Exhibit G,

s.  Approximately 1,605.0503851 Bitcoins seized from Alexandre CAZES and moved to secure government-controlled Bitcoin addresses: 18yWFVddqNrGE966zwXTpyJgYJgr82SvMs (837.81699505 BTC) and 1NXoCQLQqgaQU2cpBGtXTZ8NVm1cGnYD6p (721.76756789 BTC),

t.  Approximately 8,309.271639 Ethereum seized from Alexandre CAZES and moved to secure government-controlled Ether address: 0x41CC3B9213DE6FF4a8Ea85306326B00D18145E65,

u.  Approximately 3,691.98 Zcash seized from Alexandre CAZES and moved to secure government-controlled address t1L5QRksQxTXCB1niqp3JEu4fWTZD8W2a94 (formerly described as t1UAr3j9Hyt1oCMygsSLr7S3pLMuKBoNgLg),

v.  Any and all Monero seized from Alexandre CAZES' personal computer and wallet addresses,

w.  Approximately 293.79476862 Bitcoin moved from server 3203 into secure government-controlled Bitcoin address 1BBTk41STWuffTfvRrsovX7X8puhDpFofk,

x.  Approximately 43.05943697 Bitcoin moved from server 3164 into secure government-controlled Bitcoin address 1BBTk41STWuffTfvRrsovX7X8puhDpFofk,

y.  Approximately 360.384477 Ethereum moved from server 8131 into secure government-controlled Ether address 0x356114879f72f4bFFB343B0003DEED7944B4D31d,

z.  Approximately 11,993.15882 Monero moved from server 10073 into secure government-controlled Monero address 47gSEo9DJCZfsYrPijJ1QpLksePfjNoBA6mUtQXAW6xBVz6GwEkgYaQf2PDBhm5fXUfozLWYpCxK2FmyZ29bWmZBKhXqKZo,

aa. Any and all cryptocurrency contained in wallet files residing on AlphaBay servers, including the servers assigned the internet protocol addresses: XX.XXX.XX.146 ("Server 11205"), XX.XXX.XXX.163 ("Server 6223"), XXX.XXX.XXX.225 ("Server 3203a"), XXX.XXX.XXX.61 ("Server 3203b"), XXX.XXX.XXX.77 ("Server 3164"), XX.XXX.XXX.130 ("Server 8131"), XX.XXX.XX.168 ("Server 10073"), and

bb. Any and all cryptocurrency seized from the personal computer, wallet addresses, and media of Alexandre CAZES. (Collectively referred to as "defendant assets").

## **Exhibit B**

Real property located at 514, Soi 28 off Phutta Monthon Sai 3 Road Khwaeng Sala Thammasop, Khet Thawee Watthana, Bangkok, Thailand

More fully described as:
Land Title Deed No. 15080 (*Land Plot No. 855*)
Thawee Watthana District
Sala Thammasop Subdistrict,
514, Soi 28 off Phutta Monthon Sai 3 Road Khwaeng Sala Thammasop, Khet Thawee Watthana, Bangkok, Thailand

## Exhibit C

Real property located at 522, Soi 28 off Phutta Monthon Sai 3 Road Khwaeng Sala Thammasop, Khet Thawee Watthana, Bangkok, Thailand

More fully described as:
Land Title Deed No. 15080 (*Land Plot No. 855*)
Thawee Watthana District
Sala Thammasop Subdistrict,
522, Soi 28 off Phutta Monthon Sai 3 Road Khwaeng Sala Thammasop, Khet Thawee Watthana, Bangkok, Thailand

## **Exhibit D**

Real property located at Villa Torcello, 28/18 Moo 6, Kamala, Kathu, Phuket 83150, Thailand

More fully described as:
Plot E, under the Certificate of Utilization (Nor. Sor 3 Gor) No. 1581, Land No. 100 Kamala Sub District, Kathu District Phuket Province, Thailand

## Exhibit E

Real property located at 1399/8 Granada Pin Klao-Phet Kasem Housing Estate, Kanchana Phisk Road, Khwaeng Bang Khae Nua, Khet Bang Khae, Bangkok, Thailand

More fully described as:
Land Title Deed No. 22472
Land No. 206
Bangkae Nua Subdistrict,
Bangkee District, Bangkok Province in the area of 0 Rai Ngan 25.2 Square Wah House number 1399/8 Granda Pin Klao-Phet Kasem Housing Estate Kanchana Phisek Road Khwaeng Bang Khae Nua, Khet Bang Khae Bangkok, Thailand

## **Exhibit F**

Real property located at Villa 1 at the Sea Pearl Residences, Paralimni Famagusta, Cyprus

More fully described as:
Land Registration No. 0/2256
Plot No. 226
Sh/Pl 2-293-372, Section 8, area 2,264 meters
Ammos tou Kambouri
Ayia Napa Municipality
District of Famagusta
Cyprus

## Exhibit G

Real property located at #302 Nonsuch Bay Condominiums (C-20080017, LOT #9), St. Phillips South, Antigua and Barbuda

More fully described as:
Registration Section: St. Phillips South
Block: 32 3286A
Parcel: 255
Condominium Plan No.  C-200800017
Condominium Lot No.  9